## LUBIN LAW, P.C.

8325 DUNWOODY PLACE, BUILDING 2

ATLANTA, GEORGIA 30350

TELEPHONE (770) 424-8281

JORDAN E. LUBIN

ATTORNEY AT LAW

November 2, 2018

FACSIMILE

(770) 817-0567

Clerk, United States Bankruptcy Court
1340 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

      Re:   Michael Patrick Reyes
              Chapter 7 Debtor
              Case No. 18-62180 - BEM

Dear Clerk of the Court:

    I am the Chapter 7 Trustee in the above-referenced case. It appears there will be funds available for distribution to creditors, and therefore, it is necessary to establish a claims bar date and to mail a proof of claim form to all creditors.

    Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact my office.

                                      Very truly yours,

                                      Jordan E. Lubin
                                      Chapter 7 Trustee

JEL/mcm
cc: Office of the United States Trustee