**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-62180 – BEM |
| | ) | |
| MICHAEL PATRICK REYES, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | |

**TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION OF MICHAEL PATRICK REYES AND FOR PRODUCTION OF DOCUMENTS**

COMES NOW, Jordan E. Lubin, the duly qualified and acting trustee in the captioned case ("Trustee"), by and through his undersigned Counsel, and files *Trustee's Motion for Rule 2004 Examination of Michael Patrick Reyes and for Production of Documents* (the "Motion"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Rule 2004"). In support of the Motion, Trustee shows the Court as follows:

1.

Trustee must examine Michael Patrick Reyes ("Debtor"), at an appointed time and place relating to his acts, conduct and financial affairs and other matters which may affect the administration of the bankruptcy estate (the "Estate") the transfer of Debtor's assets, and the propriety of the Debtor's discharge.

2.

Prior to the examination, Debtor should produce the records and documents attached hereto as Exhibit "A," which records and documents are necessary for a thorough and productive examination.

3.

There is a genuine need to expedite the examination in the interest of the orderly administration of the Estate and the exercise of the Trustee's duties under 11 U. S. C. §704.

4.

Trustee requests that the examination continue from day to day until completed.

WHEREFORE, Trustee, pursuant to Rule 2004, respectfully requests the Court to issue an Order:

A) Requiring the production of records and documents attached hereto as Exhibit "A", at the offices of Lubin Law, P.C., 8325 Dunwoody Place, Building 2, Atlanta, Georgia 30350, on or before 5:00 P.M. on March 15, 2019;

B) Requiring that Marenia Pearson appear for purposes of a Rule 2004 Examination at the offices of Lubin Law, P.C. at 10:00 A.M. on March 22, 2019, or at such other time as may be mutually agreed upon by the Parties; and

C) Granting any such other and further relief as the Court deems just and proper under the circumstances.

This 19th day of February, 2019.

Respectfully submitted,

/s/ Jordan E. Lubin
Jordan E. Lubin
Georgia Bar No. 460639
Attorney for the Chapter 7 Trustee

Lubin Law, P.C.
8325 Dunwoody Place, Building 2
Atlanta, Georgia 30350
770.424.8281
jordan.lubin@laslawgroup.com

# EXHIBIT "A"

## DEFINITIONS

A. As used herein, the word "document" is intended to have the broadest permissible meaning under the Federal Rules of Civil Procedure and shall mean any written, printed, recorded, taped, electromagnetically recorded or encoded, graphic or other matter of every type and description that is or has been in the possession, custody or control of you or any of your agents and attorneys, or of which you have knowledge, and shall include without limitation, the following: letters, correspondence, books, articles, reprints, resolutions, minutes, communications, messages, stenographic or handwritten notes, memoranda, diaries, contracts, subcontracts, bids, worksheets, drafts, agreements, records, resumes, invoices, receipts, bills, cancelled checks, financial statements, audit reports, tax returns, calendars, schedules, affidavits, statements, summaries, studies, calculations, estimates, diagrams, sketches, drawings, plans, transcriptions, work orders, computer print-outs, data processing cards, and the like; and where originals of such are not available or are not in your possession, custody or control, a copy of every such document; and every copy of every such document where such copy is not an identical copy of the original or where such copy contains any commentary or notation whatsoever which does not appear on the original.

B. As used herein, the term "Debtor" refers to Michael Patrick Reyes, individually, his authorized agents, attorneys, representatives, and any other person that is acting or has ever acted for or on behalf of him.

## DOCUMENTS

1.

All tax documents, including without limitation, signed tax returns, both Federal and State, Corporate, Partnership or Individual, including all supporting schedules, or other similar reports, prepared or filed by or on behalf of Debtor for the taxable years 2016, 2017 and 2018.

2.

All documents, including without limitation deeds, security deeds, bills of sale, HUD-1s or other settlement statements and all other closing documents whatsoever relating to Debtor's interest in the real property located at 111 Wrights Mill Way, Canton, Georgia 30115 (the "Real Property").

3.

All lease agreements or rental agreements for the Real Property from January, 1, 2016 through the present.

4.

All statements for money owed against the the Real Property from January, 1, 2016 through the present, including mortgage statements, escrow analysis, payoffs and any other documents.

5.

Statements for all financial accounts, including, but not limited to: checking or savings accounts, brokerage accounts and retirement accounts from January 1, 2016 through the present.

6.

With respect to any of the financial accounts, set forth in response to paragraph number 5 that Debtor claims are retirement accounts, please provide documentation demonstrating that the account is part of a qualified plan, including plan summaries or any other documents.

7.

Pleae provide a complete list of all Debtor's personal property and all personal property owned by Advanced Retail Solutions, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-62180 – BEM |
| | ) | |
| MICHAEL PATRICK REYES, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | |

## CERTIFICATE OF SERVICE

I, Jordan E. Lubin, hereby certify that I have served **Trustee's Motion for Rule 2004 Examination of Michael Patrick Reyes and for Production of Documents** by depositing copies of the same in the United States First Class Mail, with sufficient postage prepaid to assure delivery and addressed to the following:

>Office of the United States Trustee
>362 Richard Russell Building
>75 Ted Turner Drive
>Atlanta, Georgia 30303
>
>Michael Patrick Reyes
>7633 Avalon Boulevard
>Alpharetta, Georgia 30009
>
>Douglas Jacobson, Esq.
>Law Offices of Douglas Jacobson, LLC
>107 Colony Park Drive, Suite 100
>Cumming, Georgia 30040
>Attorney for Debtor

The 19th day of February, 2019.

                                                     /s/ Jordan E. Lubin
                                                     Jordan E. Lubin
                                                     Georgia Bar No. 460639
                                                     Attorney for the Chapter 7 Trustee

Lubin Law, P.C.
8325 Dunwoody Place, Building 2
Atlanta, Georgia 30350
770.424.8281
jordan.lubin@laslawgroup.com